UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00231

**Javier Eduardo Larraga,**
*Plaintiff,*

v.

**Bryan Collier et al.,**
*Defendants.*

# ORDER

Plaintiff, a prisoner within the Texas Department of Criminal Justice proceeding pro se and in forma pauperis, brought this action under 42 U.S.C. § 1983. Doc. 1. Defendants moved to dismiss plaintiff's complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Doc. 8 at 1. The case was referred to a magistrate judge, who issued a report recommending that the court grant defendants' motion in part. Doc. 16 at 21–22. Specifically, the report recommended dismissing all claims except for plaintiff's claim of excessive force against defendant LaMorris Marshall. *Id.* Plaintiff acknowledged receipt of the report on January 13, 2026. Doc. 18. Neither party has filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's claims for monetary damages against all defendants in their official capacities are dismissed without prejudice. Plaintiff's claim of excessive force against defendant Marshall remains pending before the court. All other claims are dismissed with prejudice for failure to state a claim upon which relief may be granted.

*So ordered by the court on February 9, 2026.*

J. CAMPBELL BARKER
United States District Judge